```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 20-01518-RNO
Richard George Zuraski                                              Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: admin              Page 1 of 1              Date Rcvd: Sep 14, 2020
                              Form ID: 318             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 16, 2020.
```
db          +Richard George Zuraski,    14 Fletcher Lane,    Scott Township, PA 18447-7774
5327427     +Catherine Zuraski,    330 Dundaff Street,    Carbondale PA 18407-1517
5327428     +Catherine Zurasky,    330 Dundaff Street,    Carbondale PA 18407-1517
5327429     +Commercial Acceptance Company,     2 West Main Street,    Shiremanstown, PA 17011-6326
5327432     +Mariner Finance,    8211 Town Center Dr.,    Nottingham, MD 21236-5904
5327433     +Pennsylvania Ambulance,    717 Capouse Ave,    Scranton PA 18509-3121
5327434      Pennsylvania Ambulance LLC,    1000 Dunham Drive,    Dunmore PA 18512-2666
5327437     +The Home Depot,    5800 South Corporate Place,    Sioux Falls, SD 57108-5027
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +EDI: PRA.COM Sep 14 2020 23:23:00      PRA Receivables Management, LLC,    PO Box 41021,
              Norfolk, VA 23541-1021
5327426     +EDI: CAPITALONE.COM Sep 14 2020 23:23:00      Capital One,    PO Box 30281,
              Salt Lake City UT 84130-0281
5327430      EDI: DISCOVER.COM Sep 14 2020 23:23:00      Discover,    PO Box 15316,    Wilmington DE 19850
5327431      E-mail/Text: camanagement@mtb.com Sep 14 2020 19:26:05      M&T Bank,    PO Box 62182,
              Baltimore MD 21264-2182
5327435      EDI: RMSC.COM Sep 14 2020 23:23:00      SYNCB/JC PENNEY,    PO Box 965007,
              Orlando, FL 32896-5007
5327436     +EDI: RMSC.COM Sep 14 2020 23:23:00      SYNCB/Outdoor Living,    PO Box 965036,
              Orlando FL 32896-5036
5327748     +EDI: RMSC.COM Sep 14 2020 23:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
```
          James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
          John   Fisher    on behalf of Debtor 1 Richard George Zuraski johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          John J Martin (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| | | |
|---|---|---|
| Debtor 1 | Richard George Zuraski | Social Security number or ITIN xxx–xx–0792 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 | | Social Security number or ITIN ____ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–01518–RNO | |

# Order of Discharge                                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard George Zuraski
aka Richard G Zuraski, aka Richard Zuraski

**By the court:**   *Robt N. Opel II*

9/14/20

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                            **Order of Discharge**                            page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**