```
                              United States Bankruptcy Court
                               Middle District of Pennsylvania
```

In re:                                                            Case No. 20-01518-RNO
Richard George Zuraski                                            Chapter 7
     Debtor
## CERTIFICATE OF NOTICE

District/off: 0314-5     User: admin     Page 1 of 1     Date Rcvd: Sep 15, 2020
                         Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2020.
db           +Richard George Zuraski,   14 Fletcher Lane,   Scott Township, PA 18447-7774

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2020 at the address(es) listed below:
        James  Warmbrodt   on behalf of Creditor   M&T Bank bkgroup@kmllawgroup.com
        John  Fisher   on behalf of Debtor 1 Richard George Zuraski johnvfisher@yahoo.com, fisherlawoffice@yahoo.com
        John J Martin (Trustee)   pa36@ecfcbis.com, trusteemartin@martin-law.net
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Richard George Zuraski, aka Richard G Zuraski, aka Richard Zuraski, | Chapter 7 |
| **Debtor 1** | Case No. 5:20–bk–01518–RNO |

Social Security No.:
xxx–xx–0792

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: September 14, 2020

BY THE COURT
By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk

**fnldecac** (05/18)